| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>SHANGHAI<br>TAIWAN<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY | **DuaneMorris®**<br>*FIRM and AFFILIATE OFFICES*<br><br>EVE I. KLEIN<br>DIRECT DIAL: +1 212 692 1065<br>PERSONAL FAX: +1 212 202 7559<br>*E-MAIL:* EIKlein@duanemorris.com<br><br>*www.duanemorris.com* | ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

January 11, 2017

*VIA ECF AND REGULAR MAIL*

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: **Charles, et al., v. Opinion Access Corp. et. al.; No. 16-cv-06868 (KAM)(JO)**

Dear Judge Matsumoto:

       We represent the Defendants, Opinion Access Corp. ("OAC") and James Hoffman, in the above-referenced matter. This letter is submitted in opposition to Plaintiffs' January 6, 2017 letter requesting either a pre-motion conference regarding their anticipated motion for conditional certification under the FLSA or, alternatively, the setting of a motion schedule.

       The parties entered into a stipulation extending Defendants' time to answer or otherwise respond to the Complaint until February 13, 2017, which adjournment was granted by the Court (Dkt. #10). This extension was requested by Defendants for the express purpose of having sufficient time to investigate the numerous claims made in the Complaint before responding to it. Defendants' have not at this time completed their review of the relevant facts. Upon completion of Defendants' review, there may be a determination that one or more claims are subject to dismissal.

       In light of this, any motion for conditional certification prior to Defendants' filing of its response to the Complaint would be premature, and would be prejudicial to Defendants who have not yet had the opportunity to fully investigate the claims alleged in the Complaint. As such, Defendants' respectfully request that Your Honor deny Plaintiffs' requests for a pre-motion conference or a briefing schedule at this time, and that these be set, if appropriate, following Defendants' Answer or other response with respect to the Complaint.

DuaneMorris

January 11, 2017
Page 2

                        Very truly yours,

                        Eve I. Klein


Cc:    Honorable James Orenstein, United States Magistrate Judge
        Tanvir H. Rahman, Esq. (via ECF)