

**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Tanvir H. Rahman**
trahman@wigdorlaw.com

June 3, 2019

**VIA ECF**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

    Re:    <u>Charles, *et al.* v. Opinion Access Corp., *et al.*; Index No. 16-cv-06868 (KAM)(JO)</u>

Dear Judge Orenstein:

We represent Plaintiffs and the putative class in the above-referenced matter, and write jointly with Defendants to notify the Court that the parties have agreed to a revised settlement agreement that we believe sufficiently addresses the Court's previously expressed concerns. To that end, we respectfully request guidance from the Court about how the parties should further proceed in order to attain the Court's approval of the agreement. The parties propose submitting a joint letter not to exceed five pages that will detail and explain the changes made to the terms of the settlement and supplement the previously submitted motion papers as to why the settlement should be approved. However, if the Court requires re-submission of a motion for settlement approval, or believes a different procedure would be more appropriate, we will certainly abide by the Court's guidance in that regard.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Tanvir H. Rahman

cc:    Counsel for Defendants (*via* ECF)